LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
CLAUDIA C. LEED, ESQ. (SBN: 122676)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Tel:  (925) 974-8600
Fax:  (925) 974-8601
E-mail:lleone@leonealberts.com
          kalberts@leonealberts.com
          cleed@leonealberts.com

Attorneys for Defendant
ALAMEDA UNIFIED SCHOOL DISTRICT

TREVOR J. FINNEMAN, ESQ. (SBN: 275131)
**ALMAZAN & FINNEMAN**
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Tel: (213) 280-6767
Fax: (213) 272-3315
E-mail: trevor.finneman@alfilaw.com

Attorneys for Plaintiff
KARMA QUICK-PANWALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA QUICK-PANWALA;<br><br>       Plaintiff,<br><br>vs.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT; and  DOES 1 through 10;<br><br>       Defendants. | **Case No.:  3:19-cv-5434-EMC**<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

1  The parties have reached an agreement to settle the above captioned action that
2 is subject to approval the Board of Education of Defendant ALAMEDA UNIFIED
3 SCHOOL DISTRICT.  Moreover, the settlement terms have to be memorialized and
4 finalized in a mutually agreed upon formal settlement agreement.  The parties anticipate
5 that it will take 30 days to finalize the agreement and seek Board approval.  Once
6 executed and approved, the parties anticipate it will take another 30 to 45 days for
7 Defendant to process and send the settlement payment to Plaintiff.  Thereafter, the
8 parties will file a stipulation for dismissal by mid-October at the latest.

9  A Case Management Conference is currently set for September 3, 2020, which is
10 before the parties anticipate being able to file the stipulation for dismissal.  The parties
11 suggest that the Court either vacate the currently schedule Conference or continue it to
12 a date in late October 2020.

Dated: July 29, 2020                                              **ALMAZAN & FINNEMAN**

                                                                              /s/ Trevor J. Finneman
                                                                             TREVOR J. FINNEMAN, ESQ.
                                                                             Attorneys for Plaintiff
                                                                             KARMA QUICK-PANWALA

Dated:  July 29, 2020                                             **LEONE & ALBERTS**

                                                                              /s/ Katherine A. Alberts
                                                                             KATHERINE A. ALBERTS, ESQ.
                                                                             Attorneys for Defendant
                                                                             ALAMEDA UNIFIED SCHOOL
                                                                             DISTRICT

 I, Katherine A. Alberts, am the ECF User whose ID and password are being used to file this NOTICE OF TENTATIVE SETTLEMENT. In compliance with Local Rule 5-1(i)(3), I hereby attest that attorney Trevor Finneman has concurred in this filing.

                                                                              /s/ Katherine A. Alberts