**ALMAZAN | FINNEMAN**
Trevor J. Finneman – SBN 275131
trevor.finneman@alfilaw.com
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone: (310) 280-6767
Facsimile: (323) 272-3315

Attorneys for Plaintiff
KARMA QUICK-PANWALA

**LEON & ALBERTS**
Louis A. Leone – SBN 099874
Katherine A. Alberts – SBN 212825
1390 Willow Pass Road, Suite 700
Concord, California 94520
Telephone: (925) 974-8600
Facsimile: (925) 272-8601

Attorneys for Defendant
ALAMEDA UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA QUICK-PANWALA,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT; and DOES 1 through 10, Inclusive.<br><br>    Defendants. | CASE NO.: 3:19-cv-05434-EMC<br><br>**JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>DEPT:  Courtroom 05, 17th Floor<br>JUDGE: Hon. Edward M. Chen |

Almazan | Finneman
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Karma Quick-Panwala and Defendant Alameda Unified School District hereby stipulate to the dismissal of the above-referenced action with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:   October 3, 2020          ALMAZAN | FINNEMAN

_____
Trevor J. Finneman
Attorneys for Plaintiff
KARMA QUICK-PANWALA

Dated:   October 3, 2020          LEON & ALBERTS

/s/ Katherine A. Alberts
_____
Katherine A. Alberts
Attorneys for Defendant
ALAMEDA UNIFIED SCHOOL DISTRICT

I, Trevor J. Finneman, am the ECF User whose ID and password are being used to file this JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii). In compliance with Local Rule 5-1(i)(3), I hereby attest that attorney Katherine A. Alberts has concurred in this filing.

_____
Trevor J. Finneman

Almazan | Finneman
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071

JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)