1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA QUICK-PANWALA,<br><br>  Plaintiff,<br>v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT; and DOES 1 through 10, Inclusive.<br><br>  Defendants. | CASE NO.: 3:19-cv-05434-EMC<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION OF THE PARTIES TO VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, the above-referenced action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
Hon. Edward M. Chen
United States District Judge